# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Holmes,<br><br>   Plaintiff,<br><br>v.<br><br>Internal Affairs NLV,<br><br>   Defendant. | Case No. 2:24-cv-01414-GMN-DJA<br><br>**Order** |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 4). The Court received notice that Plaintiff's mail was not deliverable. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. It appears that Plaintiff's mail was returned as undeliverable because he did not list the address for legal mail for the Clark County Detention Center where he resides. *See* Inmate Mail, CLARK COUNTY NEVADA, https://www.clarkcountynv.gov/government/departments/detention_center/inmate_mail.php (last visited Sept. 12, 2024) (explaining that legal mail must go to the detention center's street address). So, the Court will send this order to Plaintiff at his listed address and at the street address.

///

///

///

1  **IT IS THEREFORE ORDERED** that Plaintiff must update his address by **October 14,**
2  **2024.** Failure to comply with this order may result in a recommendation to the District Judge that
3  this case be dismissed. The Clerk of Court is kindly directed to send a copy of this order to the
4  Plaintiff at the address listed on the docket and at the below address.

**David Holmes – 1210144**
Clark County Detention Center
330 S. Casino Center Blvd.
Las Vegas, NV 89101

DATED: September 12, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE