# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Holmes,<br><br>                    Plaintiff,<br><br>        v.<br><br>Internal Affairs NLV, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-01414-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to extend copy work.  (ECF No. 39).  Under NDOC Administrative Regulation 722.01(7), copies of legal documents may be made for inmates for a nominal fee.  Inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case."  NDOC Regulation 722.01(7)(E).  However, the Ninth Circuit has determined that giving a prisoner access to copies required to file, serve opponents, and maintain a copy of the inmate's records, is reasonable.  *Perez v. Daniels*, No. 2:21-cv-02061-CDS-MDC, 2024 WL 3046645, at \*1 (D. Nev. June 17, 2024) (citing *Gluth v. Kangas*, 951 F.2d 1504, 1510 (9th Cir. 1991) (upholding an injunction requiring the prison to allow a prisoner access to copy work).

Plaintiff asserts that he has met his maximum $100 debt for copy work and needs to extend it due to "the enormous amount of paperwork needed to consolidate this matter…" However, this case is already consolidated.  (ECF No. 28).  So, the Court does not find this to be a basis to extend Plaintiff's copy work in this case.

Plaintiff also explains that he requires copy work services to litigate his instant petition. Plaintiff has no pending petition in this case.  This is not a ground to extend copy work in this case.

Plaintiff asserts that "[i]n addition to his amended complaints that ha[ve] to be consolidated into one case, [Plaintiff] will need copies to file upon the Court," will need copies for his own records, and needs copy work for "documents relevant to the instant proceeding, including, but not limited to, supplemental/amended pleadings, motions, responses, replies, notices, etc." In a prior order, Plaintiff was provided time to amend his complaint. (ECF No. 35). While the Court does not opine whether any amendment would now be timely, Plaintiff has shown that he requires copy work to attempt to amend his complaint, make copies for his records, and pursue other relief from the Court. The Court therefore finds good cause to extend Plaintiff's copy work limit by $25.00 at this time. If Plaintiff exhausts the $25.00 and requires additional funds, he may file a motion requesting an extension of the limit. Plaintiff is further advised to use his copying privileges sparingly, and to refrain from filing numerous and duplicative documents.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend copy work (ECF No. 39) is **GRANTED**. Plaintiff's copy work limit is increased by $25.00.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: April 17, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE